UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FWK HOLDINGS, LLC, on behalf of itself and all others similarly situated,<br><br>                             Plaintiff,<br><br>                -against-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, et al.,<br><br>                            Defendants. | Case No. 1:18-cv-05886 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Evan R. Chesler, of the law firm Cravath, Swaine & Moore LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Defendants Novartis Pharmaceuticals Corporation and Novartis Corporation in the above-captioned action.

Dated: July 13, 2018

                                      Respectfully Submitted,

                                      CRAVATH, SWAINE & MOORE LLP,

                                      by

                                                */s/ Evan R. Chesler*
                                                  Evan R. Chesler
                                                  Member of the Firm

                                      Worldwide Plaza
                                      825 Eighth Avenue
                                      New York, NY 10019
                                      (212) 474-1000
                                      echesler@cravath.com

                                      *Attorneys for Novartis Pharmaceuticals*
                                      *Corporation and Novartis Corporation*