**GARWIN GERSTEIN & FISHER** LLP

88 Pine Street, 10th Floor, New York, NY 10005 | Telephone: (212) 398-0055 | Fax: (212) 764-6620

Bruce E. Gerstein      Kimberly M. Hennings      Anna Tydniouk
Scott W. Fisher        Elena K. Chan
Joseph Opper           Dan Litvin
Noah H. Silverman      Jonathan M. Gerstein

Sender's e-mail: dlitvin@garwingerstein.com

I approve the revised schedule.
So ordered.
/s/ Alvin K. Hellerstein
October 12, 2021

October 8, 2021

<u>Via ECF</u>

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

**Re:** *In re Novartis and Par Antitrust Litigation*, **No. 1:18-cv-04361-AKH, all actions**

Dear Judge Hellerstein,

Appended hereto as Exhibit A is a Proposed Schedule the Parties are jointly submitting in response to the Court's Order Regulating Motions Before Trial (ECF No. 367).

Respectfully,

*/s/ Dan Litvin*
Dan Litvin

cc: All counsel (via ECF)

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Novartis and Par Antitrust Litigation* | 1:18-cv-04361-AKH |
| **This Document Relates To:** <br><br> **All Actions** | |

**[Proposed] Schedule**

In response to the Court's Order Regulating Motions Before Trial (ECF No. 367), the parties submit the below proposed schedule. Although Plaintiffs are available to start trial in November 2022 and would prefer to keep that trial date that the Court proposed, Defendants Novartis AG and Novartis Pharmaceuticals Corporation (together, "Novartis") advise the Court that their counsel has another trial in Delaware that is scheduled on the dates the Court proposed for trial. Defendants note that at the August 4, 2021 hearing, Plaintiffs advised the Court of a trial conflict with the Court's preferred trial date of June 6, 2022. *See* Aug. 4, 2021 Hrg. Tr. at 62-63. As a professional courtesy, Defendants worked in good faith to propose alternative dates that did not conflict with Plaintiffs' trial schedule.

Accordingly, to accommodate Novartis's counsel's scheduling conflict and in order to ensure that trial is completed before February 27, 2023, when Direct Purchaser Plaintiffs' counsel has another trial scheduled, the parties offer the following joint proposal through summary judgment, preserving the interim dates favored by the Court, and provide alternative proposed dates, subject to the Court's availability, for motions *in limine*, the pre-trial conference and trial. In the event Novartis' counsel's conflict is resolved, Novartis will inform the Court

1

forthwith and seek the Court's guidance on whether earlier dates for motions *in limine*, the pre-trial conference and trial are preferred.

| Event | Date |
|---|---|
| Close of expert depositions | December 31, 2021 |
| *Daubert* motions filed. | January 11, 2022 |
| Oppositions to *Daubert* motions filed. | February 1, 2022 |
| Replies in further support of *Daubert* motions filed. | February 18, 2022 |
| Plaintiffs file motions for class certification. | March 15, 2022 |
| Defendants file oppositions to motions for class certification. | April 5, 2022 |
| Plaintiffs file replies in further support of motions for class certification. | April 22, 2022 |
| Motions for approval of class notice. | Due within seven days of the Court's class certification order. |
| Motions for summary judgment. | May 10, 2022 |
| Oppositions to motions for summary judgment. | June 16, 2022 |
| Replies in further support of motions for summary judgment. | July 14, 2022 |
| Motions *in limine* | October 28, 2022 |
| Oppositions to motions *in limine* | November 11, 2022 |
| Final Pre-Trial Conference | December 8, 2022 at 2:00 pm. |

2

| Event | Date |
|---|---|
| Trial | Begins January 9, 2023 with five weeks allotted. |

3